# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| CRUSADER ENERGY GROUP INC. § | CASE NO. 09-31797-bjh |
| CRUSADER ENERGY GROUP, LLC § | CASE NO. 09-31798-bjh |
| CRUSADER MANAGEMENT § | |
| CORPORATION § | CASE NO. 09-31799-hdh |
| HAWK ENERGY FUND I, LLC § | CASE NO. 09-31801-sgj |
| KNIGHT ENERGY GROUP, LLC § | CASE NO. 09-31802-bjh |
| KNIGHT ENERGY GROUP II, LLC § | CASE NO. 09-31803-hdh |
| KNIGHT ENERGY MANAGEMENT, § | |
| LLC § | CASE NO. 09-31804-sgj |
| RCH UPLAND ACQUISITION, LLC § | CASE NO. 09-31806-sgj |
| § | |
| DEBTORS. § | (Chapter 11) |
| | (Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS[1]

Following is the list of the Debtors' creditors holding the 40 largest unsecured claims on a consolidated basis. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these Chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims. If a minor child is one of the creditors holding the 40 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| | *Name of Creditor and Complete Mailing Address Including Zip Code* | *Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted* | *Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | *Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff* | *Amount of Claim (if Secured Also State Value of Security)* |
|---|---|---|---|---|---|
| 1 | Chesapeake Operating Inc. PO Box 960165 Oklahoma City OK 73196-0165 | Credit Department 6100 N. Western Avenue Oklahoma City OK 73118-1044 405-848-8000 | Trade | | $5,576,930.97 |
| 2 | W B Supply Company PO Box 972856 Dallas TX 75397-2856 | Credit Department 806-669-1103 | Trade | | $4,948,720.84 |

---

[1] The information contained herein is based upon a review of the Debtors' books and records as of March 19, 2009. This information has not been subject to internal audits or adjustments. Therefore, the Debtors reserve their rights with respect to, among other things, whether such claims are contingent, unliquidated, disputed, or subject to setoff.

**CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

| | Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff | Amount of Claim (if Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 3 | Halliburton Energy Services<br>PO Box 203143<br>Houston TX 77216-3143 | Credit Department<br>Halliburton Energy Services<br>1401 McKinney St.<br>Suite 2400<br>Houston TX 77010<br>580-562-3131 | Trade | | $4,666,974.26 |
| 4 | Mack Energy Company<br>PO Box 400<br>Duncan OK 73534 | Credit Department<br>Mack Energy Company<br>1202 N. 10th Street<br>Duncan OK 73533 | Trade | | $2,055,000.00 |
| 5 | Virgil Wilton Lane III & RTP Capital, Inc.<br>c/o Richard Hurder<br>3405 Edloe Street, Suite 200<br>Houston TX 77027 | c/o Richard Hurder, Esq.<br>713-785-3311 | Lawsuit | Contingent<br>Unliquidated<br>Disputed | $2,000,000.00 |
| 6 | Trinidad Drilling LP<br>3728 West Jones Avenue<br>Garden City KS 67846 | Credit Department<br>580-256-7226 | Trade | | $1,839,014.69 |
| 7 | Warren Drilling, Inc.<br>c/o K&L Gates LLP<br>301 Commerce, Suite 3000<br>Fort Worth TX 76102 | c/o Jeffrey C. King, Esq.<br>214-939-5531 | Lawsuit | Contingent<br>Unliquidated<br>Disputed | $1,800,000.00 |
| 8 | Pathfinder Energy Services<br>3329 West Pinhook Rd.<br>Lafayette LA 70508 | Credit Department<br>337-233-3982 | Trade | | $1,661,283.45 |
| 9 | Patterson – UTI Drilling Company<br>PO Box 260111<br>Dallas TX 75326-0111 | Credit Department<br>Patterson-UTI Drilling Company<br>6000 SW 44th Street<br>Oklahoma City OK<br>405-686-0006 | Trade | | $1,644,223.75 |
| 10 | Grey Wolf Drilling Company LP<br>PO Box 4346<br>Houston TX 77210-4346 | Credit Department<br>Grey Wolf Drilling<br>10370 Richmond Avenue<br>Suite 600<br>Houston TX 77042<br>432-684-3929 | Trade | | $1,556,605.31 |

**CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

|  | *Name of Creditor and Complete Mailing Address Including Zip Code* | *Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted* | *Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | *Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff* | *Amount of Claim (if Secured Also State Value of Security)* |
|---|---|---|---|---|---|
| 11 | Packers Plus Energy Services<br>4606 FM 1960 W<br># 220<br>Houston TX 77069 | Credit Department<br>832-484-8067 | Trade |  | $1,536,610.96 |
| 12 | Goober Drilling LLC<br>PO Box 549<br>Stillwater OK 74076 | Credit Department<br>Goober Drilling LLC<br>4905 South Perkins Rd.<br>Stillwater OK 74074<br>405-743-2132 | Trade |  | $1,427,333.34 |
| 13 | Nabors Drilling USA, LP<br>PO Box 973527<br>Dallas TX 75397-2527 | Credit Department<br>Nabors Drilling<br>515 W. Greens Road<br>Suite 1200<br>Houston TX 77067<br>281-874-0035 | Trade |  | $1,342,225.80 |
| 14 | Baker Hughes Business Support<br>PO Box 200415<br>Houston TX 7726-0415 | Credit Department<br>Baker Hughes Business Support<br>15355 Vantage Parkway West<br>Houston TX 77073<br>281-209-7860 | Trade |  | $1,326,766.06 |
| 15 | Dawson Geophysical Company<br>508 West Wall<br>Suite 800<br>Midland TX 79701-5010 | Credit Department<br>432-684-3000 | Trade |  | $1,013,757.43 |
| 16 | Global Geophysical Services<br>3535 Briarpark Drive<br>Suite 200<br>Houston TX 77042 | Credit Department<br>713-972-9200 | Trade |  | $856,993.67 |
| 17 | Chesapeake Energy<br>PO Box 960165<br>Oklahoma OK 73196-0165 | Credit Department<br>Chesapeake Energy<br>6100 North Western Avenue<br>Oklahoma City OK<br>405-935-8000 | Trade |  | $787,875.00 |

## CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | *Name of Creditor and Complete Mailing Address Including Zip Code* | *Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted* | *Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | *Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff* | *Amount of Claim (if Secured Also State Value of Security)* |
|---|---|---|---|---|---|
| 18 | Forest Oil Corporation<br>707 Seventeenth Street<br>Suite 3600<br>Denver CO 80202 | Credit Department<br>303-812-1400 | Trade | | $ 718,923.91 |
| 19 | Turbo Drilling Fluids Inc.<br>PO Box 974595<br>Dallas TX 75397-4594 | Credit Department<br>Turbo Drilling Fluids Inc.<br>Highway 15<br>Woodward OK 73801<br>405-843-6833 | Trade | | $675,804.02 |
| 20 | Quantum Drilling Motors<br>Lockbox Deposit<br>PO Box 974828<br>Dallas TX 75397-4828 | Credit Department<br>Quantum Drilling Motors<br>4005 S. Thomas Road<br>Oklahoma City OK 73179<br>405-789-3499 | Trade | | $665,329.00 |
| 21 | Double C Contracting, Inc.<br>c/o Sims Moore Hill Gannon & Crain LLP<br>211 East Franklin Street<br>Hillsboro TX 76645 | c/o Gregg Hill<br>254-582-5346 | Lawsuit | Contingent<br>Unliquidated<br>Disputed | $625,000.00 |
| 22 | Atlas Tubular LP<br>PO Box 431<br>Robstown TX 78380 | Matt Hubbard<br>Atlas Tubular<br>1710 S. Hwy 77<br>Robstown TX 78380<br>361-387-7505 | Trade | | $545,421.61 |
| 23 | Linde Inc.<br>88718 Expedite Way<br>Chicago IL 60695-1700 | Credit Department<br>800-348-3349 | Trade | | $535,357.98 |
| 24 | Weatherford US LP<br>PO Box 200019<br>Houston TX 77216-00019 | Credit Department<br>800-257-3826 | Trade | | $531,656.09 |
| 25 | Leam Drilling Systems, Inc.<br>PO Box 10356<br>New Iberia LA 70562-0356 | Credit Department<br>337-365-0116 | Trade | | $511,425.01 |

| | *Name of Creditor and Complete Mailing Address Including Zip Code* | *Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted* | *Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | *Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff* | *Amount of Claim (if Secured Also State Value of Security)* |
|---|---|---|---|---|---|
| 26 | Permian Tank & Manufacturing PO Box 4456 Odessa TX 79760 | Credit Department Permian Tank 2701 West Interstate 20 Odessa TX 79760 432-333-4591 | Trade | | $385,326.45 |
| 27 | B. J. Services Company PO Box 4346 Dept 393 Houston TX 77210-4346 | Credit Department BJ Services Company 4601 Westway Park Blvd. Houston TX 77041 405-917-3930 | Trade | | $383,960.61 |
| 28 | Agile Seismic LP 10590 West Office Drive Suite 250 Houston TX 77042 | Credit Department 5858 Westheimer Road #250 Houston TX 77057 713-334-5091 | Trade | | $372,038.00 |
| 29 | Great White Pressure Control PO Box 15098 Oklahoma City OK 73155 | Jim Morton, Controller Great White Pressure Control 4500 S.E. 59th Street Oklahoma City OK 73135 405-605-2700 | Trade | | $346,770.30 |
| 30 | Smith International Inc. PO Box 200760 Dallas TX 75320-0760 | Credit Department Smith International Inc. PO Box 60068 Houston TX 77205-0068 281-443-3370 | Trade | | $292,849.43 |
| 31 | Knight Oil Tools Inc. PO Box 53883 Lafayette LA 70505-3883 | Credit Department Knight Oil Tools 2727 S.E. Evangeline Thruway Lafayette LA 70508 405-670-6660 | Trade | | $282,994.15 |
| 32 | Alliance Drilling Fluid PO Box 2988 Midland TX 79702-2988 | Credit Department Alliance Drilling Fluid 415 W. Wall St. Suite 1112 Midland TX 79701 432-684-0911 | Trade | | $274,409.77 |

**In re: Crusader Energy Group Inc., et al., Debtors**  Case No. 09-31797-bjh

## CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff | Amount of Claim (if Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 33 | Champion Drilling Fluid<br>PO Box 94817<br>Oklahoma City OK 73143 | Credit Department<br>405-321-1365 | Trade | | $273,952.88 |
| 34 | Western Hot Oil Service<br>PO Box 1107<br>Perryton TX 79070 | Credit Department<br>806-435-5308 | Trade | | $246,645.41 |
| 35 | J & L Oilfield Services LLC<br>PO Box 848<br>Shattuck OK 73858 | Credit Department<br>J&L Oilfield Services<br>1305 E. Hwy 15<br>Shattuck OK 73858<br>580-938-2020 | Trade | | $218,872.57 |
| 36 | T.S. Dudley Land Company<br>5925 North Robinson Avenue<br>Oklahoma City OK 73118-7452 | Credit Department<br>5925 North Robinson Avenue<br>Oklahoma City OK 73118<br>405-848-4649 | Trade | | $208,734.55 |
| 37 | National Oilwell Varco<br>PO Box 201224<br>Dallas TX 75320-1224 | Credit Department<br>7909 Parkwood Circle Drive<br>Houston TX 77036<br>405-677-2484 | Trade | | $195,064.18 |
| 38 | Viking Pipe & Supply LLC<br>PO Box 1108<br>El Reno OK 73036 | Credit Department<br>1901 E Highway 66<br>El Reno OK 73036<br>405-262-9337 | Trade | | $189,336.32 |
| 39 | Thomas Petroleum Ltd.<br>PO Box 4317<br>Victoria TX 77903-4317 | Credit Department<br>361-573-7662 | Trade | | $178,635.47 |
| 40 | FLO CO2<br>PO Box 201468<br>Dallas TX 75320-1468 | Credit Department<br>800-523-0000 | Trade | | $174,250.00 |

**CONSOLIDATED LIST OF CREDITORS HOLDING 40 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

**Declaration Under Penalty of Perjury
on Behalf of a Corporation**

I, Charles L. Mullens, Jr., the General Counsel of Crusader Energy Group Inc., declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding the 40 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

**SIGNED:** March 30, 2009

**CRUSADER ENERGY GROUP INC., and all
its filing subsidiaries and affiliates**

By: _/s/ Charles L. Mullens, Jr._
   NAME: Charles L. Mullens, Jr.
   TITLE: General Counsel

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.