# Crusader Energy

**Proposed Management Incentive Program (MIP)**

**Assumption Metric: 1% of Sale Value Above $150 million** [1]

## I. Employees in Proposed MIP Plan and Proposed Sharing of Pay-Out

| Employee | Title | Salary | % of Total Pay-Out [2] |
|---|---|---|---|
| David Le Norman | President and CEO | $360,000 | 40.0% |
| Charles Mullens, Jr. | Secretary and General Counsel | 180,000 | 20.0% |
| Charlie Paulson | Vice President and Engineering Manager | 180,000 | 20.0% |
| Roy Fletcher | VP - Controller / Investor Relations | 180,000 | 20.0% |
| | | $900,000 | |

## II. Illustrative Pay-Outs in Dollars [3]

| | Total Sale Value [4] / Pay-Outs [5] | | | | |
|---|---|---|---|---|---|
| Employee | $150,000,000 | $170,000,000 | $195,000,000 | $220,000,000 | $245,000,000 |
| David Le Norman | $0 | $80,000 | $180,000 | $280,000 | $380,000 |
| Charles Mullens, Jr. | 0 | 40,000 | 90,000 | 140,000 | 190,000 |
| Charlie Paulson | 0 | 40,000 | 90,000 | 140,000 | 190,000 |
| Roy Fletcher | 0 | 40,000 | 90,000 | 140,000 | 190,000 |

## III. Illustrative Pay-Outs as % of Base Salary

| | Total Sale Value [4] / Pay-Outs as % of Base Salary [5] | | | | |
|---|---|---|---|---|---|
| Employee | $150,000,000 | $170,000,000 | $195,000,000 | $220,000,000 | $245,000,000 |
| David Le Norman | 0.0% | 22.2% | 50.0% | 77.8% | 105.6% |
| Charles Mullens, Jr. | 0.0% | 22.2% | 50.0% | 77.8% | 105.6% |
| Charlie Paulson | 0.0% | 22.2% | 50.0% | 77.8% | 105.6% |
| Roy Fletcher | 0.0% | 22.2% | 50.0% | 77.8% | 105.6% |

Notes:
(1) Incentive threshold of $150 million based on estimated transaction value range at commencement of sale process, using approx. PDP only PV20% value.
(2) Allocation of total pay-out determined using current annual salary as percentage of total annual salaries of 4 participants in MIP.
(3) All pay-outs to be made from proceeds of sale transaction, due at closing of sale.
(4) Value used to calculate sale value will be the same value used to calculate the Jefferies & Company M&A Transaction Fee. To the extent that a Plan of Reorganization was pursued, total sale value would be based on the mid-point estimated enterprise value of the reorganized debtors.
(5) All pay-outs will be capped at 130% of total annual salary.

Exhibit A