William L. Wallander, SBT # 20780750
Richard H. London, SBT #24032678
Bradley R. Foxman, SBT #24065243
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: 214.220.7700
Fax: 214.220.7716
bwallander@velaw.com; rlondon@velaw.com
bfoxman@velaw.com

**COUNSEL FOR THE DEBTORS**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § § § | Case No. 09-31797-bjh |
| CRUSADER ENERGY GROUP INC. *et al.*, § § § | Chapter 11 |
| DEBTORS. § § § § | (Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held on **October 6, 2009 at 2:30 p.m.**, **Central time,** before the Honorable Chief Judge Barbara J. Houser, United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242 on the *Motion to (A) Approve Bid Procedures in Connection with the Proposed Sale of Certain Oil and Gas Leases of the Debtors; (B) Approve the Form and Manner of Notice; and (C) Grant Related Relief* [Docket No. 681].

Dated: September 25, 2009

Respectfully submitted,

*/s/ William L. Wallander*
William L. Wallander, SBT #20780750
Richard London, SBT # 24032678
Bradley R. Foxman, SBT #24065243
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: 214.220.7700
Fax: 214.220.7716
bwallander@velaw.com; rlondon@velaw.com;
bfoxman@velaw.com

**COUNSEL FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

I certify that, on September 25, 2009, a copy of the foregoing document was served by the Electronic Case Filing system for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ William L. Wallander*
One of Counsel